In the Matter of the Estate of BENJAMIN L. M. BATES, Deceased. STATE TAX COMMISSION, Appellant-Respondent; IRVING TRUST COMPANY, as Sole Surviving Executor of BENJAMIN L. M. BATES, Deceased, Respondent-Appellant.

Argued March 4, 1949; decided April 20, 1949.

*James N. Vaughan* for respondent-appellant.

*Mortimer M. Kassell* and *Francis Kelliher* for appellant-respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE and BROMLEY, JJ. LEWIS and FULD, JJ., dissent and vote to reverse the order of the Appellate Division and to affirm the order of the Surrogate's Court.